# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
## Alexandria Division

| | |
|---|---|
| NICHOLAS LITHISACK, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.: 1:20-CV-01500 |
| ) | |
| JOHN NUGENT & SONS, INC., ) | |
| ) | |
| Defendant. ) | |

## STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the Parties, Plaintiff Nicholas Lithisack and Defendant John Nugent & Sons, Inc., by and through their undersigned counsel, having stipulated that this case is voluntarily dismissed with prejudice as to all claims and all parties, each party to bear its own fees and costs; it is therefore

**ORDERED** this matter be, and it hereby is, dismissed with prejudice as to all claims and all parties, each party to bear its own fees and costs.

**SO ORDERED.**

ENTERED this _____ day of _____2021.

_____
Claude M. Hilton
United States District Judge

1

2

We hereby agree to entry of this Order and stipulate to the dismissal of this action with prejudice:


_____/s/ Philip C. Krone_____
John C. Cook, VSB No. 38310
Philip C. Krone, VSB No. 87723
Cook Craig & Francuzenko, PLLC
3050 Chain Bridge Road, Suite 200
Fairfax, VA 22030
(T): (703) 865-7480
(F): (703) 434-3510
jcook@cookcraig.com
pkrone@cookcraig.com
*Counsel for Plaintiff*


_____/s/ Michelle B. Radcliffe\*_____
Michelle B. Radcliffe, Va. Bar No. 33570
Edward Lee Isler, Va., Bar No. 27985
ISLER DARE, P.C.
1945 Old Gallows Road, Suite 650
Vienna, Virginia 22182
(703) 748-2690
(703) 748-2695 (fax)
mradcliffe@islerdare.com
eisler@islerdare.com
*Counsel for Defendant*


\*Signed with permission by Philip C. Krone